IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11-3093-01-CR-S-RED |
| OMAR DOMINGUEZ-ORDONEZ, | ) |
| Defendant. | ) |

## TO COUNSEL
## NOTICE OF HEARING

To: Government's counsel:   Michael Scott Oliver, <u>AUSA</u>

   Defendant's counsel:   Ann M. Koszuth, <u>AFPD</u>

You are hereby notified of the following hearing:

Date and time of hearing:   Wednesday, April 18, 2012, at 9:30 a.m.
Place of hearing:   Courtroom 1, 3rd Floor, Springfield, MO
Purpose of hearing:   Sentencing

                    /s/ Richard E. Dorr
                    RICHARD E. DORR, JUDGE
                    UNITED STATES DISTRICT COURT

DATED: April 12, 2012